UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DECRICK STEPHENS,

    Plaintiff,

v.

AMANDA WALL, et al.,

    Defendants.

CASE NO. C11-5514BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's application to proceed in forma pauperis is **DENIED**.

Dated this 22nd day of September, 2011.

                                  BENJAMIN H. SETTLE
                                  United States District Judge