# United States District Court

WESTERN DISTRICT OF WASHINGTON

DECRICK STEPHENS

v.

AMANDA WILLIAMS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5514BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**; and

Plaintiff's application to proceed in forma pauperis is **DENIED.**

September 23, 2011                                          WILLIAM M. McCOOL
Date                                                                         Clerk

                                                                                *s/CM Gonzalez*
                                                                                Deputy Clerk